# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136746 & (41)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GUARDIAN ENVIRONMENTAL SERVICES,
INC., d/b/a MASTER TEMPERATURE
CONTROLS,
        Plaintiff-Appellee,

v

BUREAU OF CONSTRUCTION CODES AND
FIRE SAFETY, DEPARTMENT OF LABOR
AND ECONOMIC GROWTH, STATE OF
MICHIGAN,
        Defendant-Appellant.

SC: 136746
COA: 276564
Wayne CC: 06-605814-AA

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the May 13, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

1020